IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARVIN JAMES STROHSCHEIN, JR.,,

    Plaintiff,

v.                                                        CIV 07-0749 WJ-GBW

UNIVERSITY OF NEW MEXICO
SCHOOL OF MEDICINE, et al.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition on June 29, 2009 *(Doc. 10)*. The proposed findings notify Plaintiff of his ability to file objections and that failure to do so waives appellate review. Objections from the Plaintiff were due no later than July 17, 2009. To-date, Plaintiff has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered. The Court accepts the findings and recommended disposition by the Magistrate Judge.

Wherefore,

**IT IS SO ORDERED** that Plaintiff's claims are dismissed, and this action is hereby dismissed without prejudice.

                                                                    _____
                                                                      UNITED STATES DISTRICT JUDGE